United States District Court
Southern District of Texas

**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROBEL TESFOM ARAYA, | § | |
|     "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00428 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
|     "Respondents." | § | |

**ORDER**

Before the Court is the Parties' "Joint Stipulation of Dismissal Without Prejudice" (Dkt. No. 15). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Petitioners' claims against the Respondents are **DISMISSED without prejudice**. Each party will bear its own costs and attorney's fees. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this July 28, 2026

Rolando Olvera
United States District Judge

1 / 1